# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA )
) Case No. 1:11-CR-184
v. )
)
ROBERT CERVANTES )



FILED
JUN 13 2011
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus
(X) Ad Prosequendum       ( ) Ad Testificandum.
Name of Detainee: ROBERT CERVANTES
Detained at (custodian): Wasco State Prison

Detainee is:  a.)  (x) charged in this district by:
              (x) Indictment      ( ) Information      ( ) Complaint

Charging Detainee With: **21 U.S.C. § 846-Conspiracy to Distribute and Possess with the Intent to Distribute Methaphetamine**

or  b.)  ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:  a.)  (X) return to the custody of detaining facility upon termination of proceedings
or              b.)  ( ) be retained in federal custody until final disposition of federal charges, as a sentence is currently being served at the detaining facility

*Appearance is necessary forthwith in the Eastern District of California* on _____

Signature: /s/ Kimberly A. Sanchez
Printed Name & Phone No.: KIMBERLY A. SANCHEZ 559/497-4000
Attorney of Record for: United States of America

## WRIT OF HABEAS CORPUS
(X) Ad Prosequendum       ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

6-13-11
Date                                        United States District/Magistrate Judge

Please provide the following, if known:

AKA(s) (if applicable): _____                Male  x   Female ☐
Booking or Fed. Reg. #: CDC: K71681               DOB: 04-19-1968
Facility Address: _____                      Race: _____
                                                  FBI #: _____
Facility Phone: _____
Release Date: Unkown

-----
**RETURN OF SERVICE**

Executed on _____ by _____
                                            (Signature)

N:\MRobles\Forms\writ-calixtro sanchez-ks.wpd
Form Crim-48                                                    Revised 11/19/97