# UNITED STATES DISTRICT COURT  FILED

EASTERN DISTRICT OF CALIFORNIA

_____oOo_____

JUL 2 3 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

UNITED STATES OF AMERICA

v.

ROBERT CERVANTES

## WAIVER OF INDICTMENT

CASE NUMBER: 1:11-CR-00184 AWI-DLB

    I, ROBERT CERVANTES, the above named defendant, who is accused of Distribution of Methamphetamine; Possession With Intent to Distribute Methamphetamine, and being a Felon in Possession of firearm, being advised of the nature of the charges, the proposed information, and of my rights, hereby waive in open court on July 23, 2012, prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Robert Cervantes
*Defendant*

_____
Daniel K. Martin
*Counsel for Defendant*

Before _____
Anthony W. Ishii
UNITED STATES DISTRICT JUDGE