1   DANIEL J. BRODERICK, Bar #89424
    Federal Defender
2   FRANCINE ZEPEDA, Bar #91175
    Assistant Federal Defender
3   Designated Counsel for Service
    2300 Tulare Street, Suite 330
4   Fresno, California  93721-2226
    Telephone: (559) 487-5561
5
    Attorneys for Defendant
6   ROBERT CERVANTES

7

8                       IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,            )   No. 1:11-cr-00184 AWI-DOB
                                          )
12          Plaintiff,                    )   STIPULATION AND ORDER TO CONTINUE
                                          )   SENTENCING
13      v.                                )
                                          )
14   ROBERT CERVANTES,                    )   DATE:December 17, 2012
                                          )   TIME: 10:00 a.m.
15          Defendant.                    )   JUDGE:  Hon. Anthony W. Ishii
     _____    )
16

17

18          **IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective

19   counsel, that the sentencing hearing in the above-captioned matter now set for November 5, 2012, **may be**

20   **continued to December 17, 2012 at 10:00 a.m**.

21          This continuance is at the request of counsel for defendant.  Counsel was only recently appointed

22   to represent defendant in these sentencing proceedings and needs additional time for case review and to

23   meet with defendant with regard to preparation and filing of any sentencing objections which may be

24   reasonably appropriate on defendant's behalf prior to hearing. The requested continuance will conserve

25   time and resources for both counsel and the court.  Assistant United States Attorney Kimberly Sanchez has

26   no objection to this request.

27   ///

28   ///

1    Because this is a sentencing hearing, no exclusion of time waiver is need for the period of time set

2    forth herein

3                                                   BENJAMIN B. WAGNER
                                                    United States Attorney
4

5    DATED:  October 26, 2012              By:    /s/ Kimberly Sanchez
                                                   MARK J. MCKEON
6                                                  Assistant United States Attorney
                                                   Attorney for Plaintiff
7

8                                                   DANIEL J. BRODERICK
                                                    Federal Defender
9

10   DATED:  October 26, 2012              By:    /s/ Francine Zepeda
                                                   FRANCINE ZEPEDA
11                                                 Assistant Federal Defender
                                                   Attorneys for Defendant
12                                                 ROBERT CERVANTES

13

14

15                               **O R D E R**

16   IT IS SO ORDERED.

17
     Dated:      October 26, 2012
18                                          _____
                                            CHIEF UNITED STATES DISTRICT JUDGE
19

20

21

22

23

24

25

26

27

28

Stipulation and Order
to Continue Sentencing                      2