1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  FRANCINE ZEPEDA, Bar #91175
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorneys for Defendant
6  ROBERT CERVANTES

7

8                  IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        ) No. 1:11-cr-00184 AWI-DOB
   |                                  )
12 |         Plaintiff,                ) STIPULATION AND ORDER TO CONTINUE
   |                                  ) SENTENCING
13 |     v.                            )
   |                                  )
14 | ROBERT CERVANTES,                 ) DATE:  February 25, 2013
   |                                  ) TIME:  10:00 a.m.
15 |         Defendant.                ) JUDGE: Hon. Anthony W. Ishii
   |  _____ )
16

17

18        **IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective

19 counsel, that the sentencing hearing in the above-captioned matter now set for December 17, 2012, **may**

20 **be continued to February 25, 2013 at 10:00 a.m**.

21        This continuance is at the request of counsel for defendant.  Counsel was only recently appointed

22 to represent defendant in these sentencing proceedings and needs additional time for case review and to

23 meet with defendant with regard to preparation and filing of any sentencing objections which may be

24 reasonably appropriate on defendant's behalf prior to hearing. The requested continuance will conserve

25 time and resources for both counsel and the court.  Assistant United States Attorney Kimberly Sanchez has

26 no objection to this request.

27 ///

28 ///

   ///

Because this is a sentencing hearing, no exclusion of time waiver is need for the period of time set forth herein

                              BENJAMIN B. WAGNER
                              United States Attorney

DATED: November 29, 2012    By: /s/ Kimberly Sanchez
                              MARK J. MCKEON
                              Assistant United States Attorney
                              Attorney for Plaintiff

                              DANIEL J. BRODERICK
                              Federal Defender

DATED: November 29, 2012    By: /s/ Francine Zepeda
                              FRANCINE ZEPEDA
                              Assistant Federal Defender
                              Attorneys for Defendant
                              ROBERT CERVANTES

**O R D E R**

IT IS SO ORDERED.

Dated: November 29, 2012

                              UNITED STATES DISTRICT JUDGE