1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  FRANCINE ZEPEDA, Bar #91175
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorneys for Defendant
6  ROBERT CERVANTES

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )   No. 1:11-cr-00184 AWI-BAM
                                     )
12           Plaintiff,              )   STIPULATION AND ORDER TO CONTINUE
                                     )   SENTENCING
13      v.                           )
                                     )
14  ROBERT CERVANTES,                )   DATE:  April 29, 2013
                                     )   TIME:  10:00 a.m.
15           Defendant.              )   JUDGE: Hon. Anthony W. Ishii
    _____  )

16

17

18       **IT IS HEREBY STIPULATED** by and between the parties hereto, through their respective

19  counsel, that the sentencing hearing in the above-captioned matter now set for February 25, 2012, **may be**

20  **continued to April 29, 2013 at 10:00 a.m**.

21       This continuance is at the request of counsel for defendant.  Counsel needs additional time for case

22  review and to  meet with defendant with regard to preparation and filing of any appropriate sentencing

23  objections which may be reasonably appropriate on defendant's behalf prior to hearing. The requested

24  continuance will conserve time and resources for both counsel and the court.  Assistant United States

25  Attorney Kimberly Sanchez has no objection to this request.

26  ///

27  ///

28  ///

Because this is a sentencing hearing, no exclusion of time waiver is needed for the period of time set forth herein

BENJAMIN B. WAGNER
United States Attorney

DATED: February 21, 2013    By: /s/ Kimberly Sanchez
KIMBERLY SANCHEZ
Assistant United States Attorney
Attorney for Plaintiff

JOSEPH SCHLESINGER
Acting Federal Defender

DATED: February 21, 2013    By: /s/ Francine Zepeda
FRANCINE ZEPEDA
Assistant Federal Defender
Attorneys for Defendant
ROBERT CERVANTES

**O R D E R**

IT IS SO ORDERED.

Dated:  February 21, 2013    _____
SENIOR DISTRICT JUDGE